SELLINGER & SELLINGER, P.A.
1144 CLIFTON AVENUE
P.O. BOX 328
CLIFTON, NEW JERSEY 07013
(973)365-1676
ATTORNEY FOR PLAINTIFF(S)
OUR FILE NO: **29122**

| | |
|---|---|
| **EDWARD O'BRIEN,** | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY UNITED STATES DISTRICT COURT CASE NO: 2:11-CV-01799-ES-CLW** |
| **Plaintiff(s)** | **CIVIL ACTION** |
| **vs.** | |
| **GUY S. CRAWFORD, ESTATE OF GUY S. CRAWFORD, GREYHOUND LINES, TAWANA M. ROANE, DAMON J. WEST, KRISTEN E. LEVINS,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendant(s)** | |

THE MATTER in difference in the entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice.

DATED:  August 16,  2012

**KANE, PUGH, KNOELL, TROY & KRAMER**
Attorney for Defendant
Guy S. Crawford, Estate of Guy S. Crawford, and Greyhound Lines, Inc.

By:_____
    **JUSTIN A. BAYER**

**SORIANO, HENKEL, BIEHL & MATTHEWS**
Attorney for Defendant
Tawana M. Roane, Damon J. West

By:_____
    **GERARD D. NOLAN**

**SELLINGER & SELLINGER, P.A.**
Attorney for Plaintiff(s),
Edward O'Brien

By:_____
    **TIMOTHY S. SELLINGER**

**LAW OFFICES OF CHASAN LEYNER & LAMPARELLO**
Attorney for Defendant Kristen E. Levins

By:_____
    **MARTHA D. LYNES**

SELLINGER & SELLINGER, P.A.
1144 CLIFTON AVENUE
P.O. BOX 328
CLIFTON, NEW JERSEY 07013
(973)365-1676
ATTORNEY FOR PLAINTIFF(S)
OUR FILE NO: **29122**

| | |
|---|---|
| **EDWARD O'BRIEN,** | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION: ESSEX COUNTY**<br>**UNITED STATES DISTRICT COURT**<br>**CASE NO: 2:11-CV-01799-ES-CLW** |
| **Plaintiff(s)**<br><br>vs.<br><br>**GUY S. CRAWFORD, ESTATE OF GUY**<br>**S. CRAWFORD, GREYHOUND LINES,**<br>**TAWANA M. ROANE, DAMON J. WEST,**<br>**KRISTEN E. LEVINS,**<br><br>**Defendant(s)** | **CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

THE MATTER in difference in the entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice.

DATED: August 16, 2012

**KANE, PUGH, KNOELL, TROY**
**& KRAMER**
Attorney for Defendant
Guy S. Crawford, Estate of Guy S.
Crawford, and Greyhound Lines, Inc.

By:_____
    **JUSTIN A. BAYER**

**SELLINGER & SELLINGER, P.A.**
Attorney for Plaintiff(s),
Edward O'Brien

By:_____
    **TIMOTHY S. SELLINGER**

**SORIANO, HENKEL, BIEHL &**
**MATTHEWS**
Attorney for Defendant
Tawana M. Roane, Damon J. West

By:_____
    **GERARD D. NOLAN**

**LAW OFFICES OF CHASAN**
**LEYNER & LAMPARELLO**
Attorney for Defendant Kristen E. Levins

By:_____
    **MARTHA D. LYNES**

9/26/12